

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

UNITED STATES OF AMERICA,   ORDER OF SUSTENANCE ~~or~~
                            ~~ORDER OF TRANSPORTATION~~
                            ~~ORDER OF LODGING~~

-vs-

                            CR-04-445(S)(ERK)

DELVEN ADAMS, ZAMAN ASHRAF,
BRENTNOL HOOPER & OKOBO VIERA,

          Defendant.

-----------------------------------------------

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (12) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
~~October~~ 2, 2005
NOVEMBER

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST                                    U. S. D. J.

(XX) LUNCH

( ) OTHER _____