UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

UNITED STATES OF AMERICA,

-vs-

DELVEN ADAMS, ZAMAN ASHRAF,
BRENTNOL HOOPER & OKOBO VIERA,

Defendant.

-----------------------------------------------

ORDER OF SUSTENANCE or
~~ORDER OF TRANSPORTATION~~
~~ORDER OF LODGING~~

CR-04-445(S)(ERK)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (12) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
~~October~~ NOVEMBER 3, 2005

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) OTHER _____

U.S.D.J.